UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MAGDA EISENBERG,                           Civil Action No.:

                    Plaintiff(s),

  -against-

                                        F.R.C.P.7.1
                                        STATEMENT OF DEFENDANT
NEW ENGLAND MOTOR FREIGHT, INC. &
AUDRAY HEMRAJ,

                    Defendant(s).
-----------------------------------------------------------------x

      Defendant, NEW ENGLAND MOTOR FREIGHT, INC., in compliance with Rule 7.1 of the Federal Rules of Civil Procedure states that NEW ENGLAND MOTOR FREIGHT, INC., is not a publicly traded corporation, has no publicly held corporation that owns 10% or more of its stock, and has no parent corporation.

                                                Yours etc.,

                                                ABRAMS, FENSTERMAN, FENSTERMAN,
                                                EISMAN, GREENBERG, FORMATO &
                                                EINIGER, LLP

                                                BY:_____
                                                TODD C. RUBENSTEIN (TCR-8884)
                                                1111 Marcus Avenue
                                                Suite 107
                                                Lake Success, New York 141042
                                                516-328-2300

Dated: February 12, 2008