UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MAGDA EISENBERG,                                    ECF CASE
                Plaintiff,

  -against-                                                    **CERTIFICATE OF SERVICE**

NEW ENGLAND MOTOR FREIGHT, INC. &
AUDRAY HEMRAJ,                                        Civil Action No.: 08 CV 01469 (VM)
                Defendants.
------------------------------------------------------------X

    I hereby certify that I have served a copy of the **CIVIL COVER SHEET; F.R.C.P. 7.1 STATEMENT OF DEFENDANT AND NOTICE OF REMOVAL WITH EXHIBITS "A" THROUGH "H"; INDIVIDUAL PRACTICE RULES OF JUDGE VICTOR MARRERO, U.S. DISTRICT JUDGE; UNITED STATES DISTRICT COURT, 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL; UNITED STATES DISTRICT COURT GUIDELINES FOR ELECTRONINC CASE FILING; PROCEDURES FOR ELECTRONIC CASE FILING; AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE DEBRA FREEMAN** upon RAPHAEL WEITZMAN, Weitzman Law Offices, LLC, 110 Wall Street-Eleventh Floor, New York, NY 10005, by Federal Express, for delivery on Friday, February 15, 2008.

Dated: Lake Success, New York
        February 14, 2008

                                          TODD C. RUBENSTEIN, ESQ. (TR-8884)
                                          Abrams, Fensterman, Fensterman, Eisman,
                                          Greenberg, Formato & Einiger, LLP
                                          Attorney for Defendants-New England Motor
                                          Freight, Inc. and ANDRE HEMRAJ (improperly
                                          sued herein as AUDRAY HEMRAJ)
                                          1111 Marcus Avenue, Suite 107
                                          Lake Success, New York 11042
                                          (516) 328-2300