UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MAGDA EISENBERG,

                                      Plaintiff,

                                 -against-                        **NOTICE OF MOTION TO REMAND**

NEW ENGLAND MOTOR FREIGHT, INC.&
ANDRE HEMRAJ,                                           Civil Action File No.: 08CV1469

                                   Defendants.

------------------------------------------------------------------X

      PLEASE TAKE NOTICE that, upon the declaration of Raphael Weitzman, Esq., executed on March 3, 2008, the accompanying Memorandum of Law, the exhibits annexed thereto and upon all papers and proceedings had herein, Plaintiff **MAGDA EISENBERG**, by her attorneys, will move this Court before the Honorable Judge Victor Marrero, on March 26, 2008 at 09.30 am, or as soon thereafter as counsel may be heard, at the United States District Court for the Southern District of New York, Courtroom 20B, U.S. Courthouse, 500 Pearl Street, New York, NY 10007 for an order:

      (a)     remanding this action to State court, pursuant to Section 1447(c) & (e) of Title 28 of the United States Code

      (b)     granting such other and further relief as the Court deems just and proper.

Dated:     New York, New York
              March 3, 2008

                                                          Yours, etc.,

_[signature]_
RAPHAEL WEITZMAN
Weitzman Law Offices, L.L.C.
Attorneys for Plaintiff(s)
MAGDA EISENBERG
110 Wall Street
Eleventh Floor
New York, New York 10005
212-248-5200
Our File No. 07-0008

TO:  Abrams, Fensterman, Fensterman, Eisman, Greenberg, Formato & Einiger, LLP
Attorneys for Defendant(s)
NEW ENGLAND MOTOR FREIGHT, INC.
1111 Marcus Avenue, Suite 107
Lake Success, NY 11042
(516) 328-2300