STATE OF NEW YORK :
                    ss.:
COUNTY OF NEW YORK:

      **RAPHAEL WEITZMAN**, an attorney duly admitted to practice law in the State of New York affirms the truth of the following under penalty of perjury:

      I am not a party to the action, am over the age of eighteen (18) years and reside in , State of New York.
      On March 12, 2008, I served the within

    Motion

by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

Abrams, Fensterman, Fensterman, Eisman, Greenberg, Formato & Einiger, LLP
1111 Marcus Avenue, Suite 107
Lake Success, NY 11042

The City of New York
1 Center St, Room 1200
New York, New York 10007

and via the Electronic Case Filing System.

Dated:      New York, New York
              March 12, 2008

_____
                    **Raphael Weitzman**