UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MAGDA EISENBERG,

                                             Civil Action No.: 08cv1469 (VM)

                Plaintiff,

    -against-

NEW ENGLAND MOTOR FREIGHT, INC. &      DECLARATION OF
AUDRAY HEMRAJ,                               ANDRE HEMRAJ

                Defendants.
------------------------------------------------------------X

        Andre Hemraj, being over the age of majority, hereby declares, pursuant to 28 U.S.C. § 1746, as follows:

    1.    I am a defendant in the above referenced matter (although I was sued in the name of Audray Hemraj), and submit this declaration in opposition to plaintiff's Motion for Remand.

    2.    This is a lawsuit for personal injuries allegedly sustained by plaintiff Magda Eisenberg as a result of an October 22, 2007 pedestrian accident.

    3.    I currently reside at 108 Sycamore Road, Jersey City, New Jersey 07305, and have consistently resided at this address, and only this address, for approximately the past ten years, and at all times relevant to this litigation, including its filing date in the Supreme Court of the State of New York, County of New York, and at the time of its removal to this Court. I have not resided or lived at any other address during this time.

    4.    I currently hold a New Jersey driver's license with the above stated address and have held that license, and only that license, since prior to the pedestrian accident. I do not hold a driver's license in any other State. During the time I have

resided in New Jersey, and through the present, I have paid taxes to the State of New Jersey and no other State.

    5.    I do not own or rent property in the State of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 18, 2008

_____
Andre Hemraj