**ABRAMS, FENSTERMAN, FENSTERMAN, EISMAN, GREENBERG, FORMATO & EINIGER, LLP**

*Attorneys at Law*

1111 MARCUS AVENUE - SUITE 107
LAKE SUCCESS, NEW YORK 11042

MANHATTAN OFFICE:
620 3RD AVENUE
5TH FLOOR
NEW YORK, NY 10017
(212) 279-9200

TELEPHONE: (516) 328-2300
(516) 437-7575
FAX: (516) 328-6638
FAX NOT FOR LEGAL SERVICE
www.abramslaw.com

NEW JERSEY OFFICE:
4005 ROUTE 9 SOUTH
MORGANVILLE, NJ 07751
(732) 526-4241

Todd C. Rubenstein, Esq.
Trubenstein@abramslaw.com
Direct Dial: 516-592-5859

March 25, 2008

Via Facsimile (212) 805-4258
Magistrate Judge Debra Freeman, USMJ
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: Magda Eisenberg v. New England Motor Freight, Inc. and Audry Hemraj
United States District Court-Southern District
Docket No.: 08 CV 01469
Our File No.: 100-797

Dear Judge Freeman:

We represent defendants New England Motor Freight, Inc. and Andre Hemraj (improperly sued as Audry Hemraj) in regard to the above referenced matter.

We write seeking a briefing schedule with regard to plaintiff's motion to file a late notice of claim against the City of New York, and for other relief. It is our understanding that this motion, as well as plaintiff's motion for remand, has been refereed to Your Honor for scheduling, report and recommendation.

We ask that defendants be permitted to file opposition no later than <u>April 18, 2008</u>, with plaintiff's reply due on a reasonable date thereafter. We have the consent of plaintiff's counsel as to this requested schedule.

*granted.*

Thank you for your Honor's attention and consideration.

Respectfully yours,

Todd C. Rubenstein

TCR/cn
cc: Raphael Weitzman, Esq. (via facsimile)

SO ORDERED:   DATE: 3/25/08

DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE