# WEITZMAN LAW OFFICES, L.L.C.



110 WALL STREET, 11th FLOOR
NEW YORK, NY 10005-3817
Telephone (212) 248-5200
Facsimile (212) 248-0900
E-mail weitzman@wlollc.com

APR - 4 2008

# MEMO ENDORSED

April 4, 2008

Magistrate Judge Debra Freeman, USMJ
U.S. District Court
Southern District of New York
Suite 660
500 Pearl Street
New York, NY 10007

> Re: Eisenberg v. New England Motor Freight, Inc. et al
> Civil Action File No.: 1:08-cv-01469-VM-DCF
> <u>Our File No. 07-0008</u>

Hon. Judge Freeman:

We represent the Plaintiff, Magda Eisenberg, in the above captioned action.

We made a motion to file late notice of claim and to amend the pleadings returnable on April 7, 2008, in the Federal court. The defendant obtained an extension of the said date to April 18, 2008.

Plaintiff withdraws the said motion from the Federal court and concurrently is filing the same in the state court pursuant to the requirements of the statute.

Thank you.

*Plaintiff's motion for leave to file a late notice of claim against the city of New York (Dkt. 13) is withdrawn per this letter, and the Clerk of the Court is directed to note the withdrawal of the motion on the Docket.*

Respectfully submitted,

RAPHAEL WEITZMAN

RW/us

**SO ORDERED:  DATE:** 4/4/08

DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE