

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
MAGDA EISENBERG,                              Civil Action No.: 08cv01469(VM)

                Plaintiff,

  -against-

                                        PARTIES' JOINT DISCOVERY PLAN

NEW ENGLAND MOTOR FREIGHT,
INC. & AUDRAY HEMRAJ,

                Defendants.
------------------------------------------------------X

      Plaintiff and Defendants, through their respective undersigned counsel, hereby submit for the Court's consideration, pursuant to F.R.C.P 26(f), the following joint discovery plan:

1.     <u>Automatic Disclosures</u>: Waived

2.     <u>Initial Demands and Interrogatories</u>: Served no later than April 25, 2008, with limits for same as set forth in Federal Rules of Civil Procedure, and as modified by the Local Rules for the Southern District of New York. *Service of additional interrogatories may then follow.*

3.     <u>Responses and Answers to Initial Demands and Interrogatories</u>: Served no later than May 28, 2008.

4.     <u>Party Depositions</u>: Plaintiff's deposition to take place no later than July 14, 2008. Depositions of defendant Andre Hemraj and a representative for New England Motor Freight, Inc. to take place no later than July 28, 2008.

5.     <u>Non-Party Depositions</u>: Subpoenas to issue no later than September 8, 2008.

6.     <u>Medical Examinations</u>: Plaintiff to appear for defense medical examinations with medical professionals of defendants' choosing no later than September 8, 2008.

7. <u>Plaintiff's Expert Disclosure</u>: To be served on liability and damages no later than September 8, 2008.

8. <u>Defendants' Expert Disclosure</u>: To be served on liability and damages no later than October 30, 2008.

9. <u>Expert Depositions</u>: To be completed no later than January 9, 2009.

10. <u>Privilege Issues</u>: Privileged documentation shall not be produced. Parties may redact privileged information. *Parties to produce privilege logs as required by the Rules.*

11. <u>Discovery Disputes</u>: To be addressed in accordance with Judge Freeman's Local Rules.

12. *Any Motions to amend the pleadings or join additional parties to be served and filed no later than June 30, 2008.*

Dated: Lake Success, New York
April 9, 2008

Abrams, Fensterman, Fensterman, Eisman,
Greenberg, Formato & Einiger, LLP

_____
Todd C. Rubenstein
Attorneys for Defendants
NEW ENGLAND MOTOR FREIGHT, INC.
AND ANDRE HEMRAJ (improperly sued herein
as AUDRAY HEMRAJ)
1111 Marcus Avenue, Suite 107
Lake Success, New York 11042
(516) 328-2300

Weitzman Law Offices, LLC

_____
Raphael Weitzman
Attorneys for Plaintiff
MAGDA EISENBERG
110 Wall Street
Eleventh Floor
New York, NY 10005
212-248-5200

SO ORDERED: 4/9/08

_____
Magistrate Judge Debra Freeman, USMJ