# WEITZMAN LAW OFFICES, L.L.C.

110 WALL STREET, 11th FLOOR
NEW YORK, NY 10005-3817
Telephone (212) 248-5200
Facsimile (212) 248-0900
E-mail weitzman@wlollc.com

**MEMO ENDORSED** May 21, 2008

HON. DEBRA FREEMAN
UNITED STATES COURTHOUSE
500 PEARL STREET ROOM 525
NEW YORK, NEW YORK 10007

Re: Eisenberg v. New England Motor Freight, Inc. Et. Al.
Civil File No. 08CV1469
Our File No. 07-0008

Your Honor:

I request permission to copy subpoenaed records from NYU Hospital in the above captioned action. I have submitted numerous requests (copies of which are attached) for said records, none of which were complied with.

Thank you,

Respectfully submitted,

RAPHAEL WEITZMAN

RW/ks

Cc: Todd Rubenstein, Esq.
Abrams, Fensterman, Fensterman, Eisman, Greenberg, Formato & Einiger, LLP
1111 Marcus Avenue, Suite 107
Lake Success, NY 11042

*Permission to copy the subpoenaed records is granted.*

SO ORDERED: DATE: 5/28/08

DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE