STATE OF NEW YORK :
                              ss.:
COUNTY OF NEW YORK:

**RAPHAEL WEITZMAN**, an attorney duly admitted to practice law in the State of New York affirms the truth of the following under penalty of perjury:

I am not a party to the action, am over the age of eighteen (18) years and reside in New York, State of New York.

On June 17, 2008, I served the within

DECLARATION AND MEMORANDUM OF LAW

via electronic case filing system and by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

Abrams, Fensterman, Fensterman, Eisman, Greenberg, Formato & Einiger, LLP
1111 Marcus Avenue, Suite 107
Lake Success, NY 11042


Dated:      New York, New York
            June 17, 2008

_____
Raphael Weitzman