UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
 :
MAGDA EISENBERG, :
 : 08 Civ. 01469 (VM) (DF)
                    Plaintiff, :
 : **SCHEDULING ORDER**
     -against- :
 :
NEW ENGLAND MOTOR FREIGHT, INC. AND :
ANDRE HEMRAJ, :
 :
                    Defendants. :
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/8/08

**DEBRA FREEMAN, United States Magistrate Judge:**

This Court having received correspondence from plaintiff's counsel regarding defendants' failure to provide timely responses to certain discovery demands; and the Court having held a telephone conference on June 30, 2008, with counsel for all parties, to address the progress of discovery in this action; it is hereby ORDERED, as stated at the conference, that the Parties' Joint Discovery Plan, as modified and approved by the Court on April 9, 2008, is further modified as follows:

1. To the extent defendants' responses to plaintiff's discovery requests are overdue, defendants' responses shall be served no later than July 11, 2008.

2. All fact discovery shall be completed no later than September 30, 2008.

3. Expert discovery shall be completed on the following schedule:

    (a) Plaintiff shall produce expert report(s), if any, no later than October 31, 2008.

    (b) Defendants shall produce expert report(s), if any, no later than December 5, 2008.

    (c) All expert discovery shall be completed no later than January 9, 2009.

4. Counsel are directed to jointly initiate a telephone conference call to my chambers on August 12, 2008 at 10:00 a.m.

Dated: New York, New York
July 8, 2008

SO ORDERED

DEBRA FREEMAN
United States Magistrate Judge

Copies To:

Hon. Victor Marrero, U.S.D.J.

Raphael Weitzman, Esq.
Weitzman Law Offices, L.L.C.
110 Wall Street, 11th Floor
New York, NY 10005

Todd C. Rubenstein, Esq.
Abrams, Fensterman, Fensterman, Eisman,
Greenberg, Formato, & Einiger, LLP
1111 Marcus Avenue, Suite 107
Lake Success, NY 11042