# UNITED STATES DISTRICT COURT

Southern     **DISTRICT OF**     New York

Magda Eisenberg

v

**CERTIFICATION**

New England Motor Freight Inc. &

Civil action file No:

Andre Hemraj

08cv01469 (VM) (DCF)

I, Raphael Weitzman an attorney admitted to practice before the Courts of this State certify the truth of the following under the penalty of perjury and pursuant to CPLR Rule 2106 that the following facts are true:

This certification is submitted in connection with the forgoing Notice of Motion.

Plaintiff's counsel contacted defendant's counsel on July 15, 2008 in an attempt to resolve the discovery issues contained in the forgoing motion. Defendant's counsel has not replied to our request.

**IN TESTIMONY WHEREOF,** I sign my name.

7/29/08
Date

_____
Attorney