# ABRAMS, FENSTERMAN, FENSTERMAN, EISMAN, GREENBERG, FORMATO & EINIGER, LLP

*Attorneys at Law*

**1111 MARCUS AVENUE - SUITE 107**
**LAKE SUCCESS, NEW YORK 11042**

MANHATTAN OFFICE:
630 3RD AVENUE
5TH FLOOR
NEW YORK, NY 10017
(212) 279-9200

Todd C. Rubenstein, Esq.
Trubenstein@abramslaw.com
Direct Dial: 516-592-5859

**TELEPHONE: (516) 328-2300**
**(516) 437-7575**
**FAX: (516) 328-6638**
FAX NOT FOR LEGAL SERVICE
**www.abramslaw.com**

NEW JERSEY OFFICE:
4008 ROUTE 9 SOUTH
MORGANVILLE, NJ 07751
(732) 828-4241

August 25, 2008

RECEIVED
AUG 2 5 2008

Via Facsimile (212) 805-4258
The Honorable Debra Freeman, USMJ
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   Magda Eisenberg v. New England Motor Freight, Inc. and Audry Hemraj
      United States District Court-Southern District
      Docket No.: 08 CV 01469
      Our File No.: 100-797

Dear Judge Freeman:

We represent New England Motor Freight, Inc. and Andre Hemraj and are in receipt of plaintiff's counsel's August 25, 2008 letter to Your Honor concerning the open discovery motion.

We dispute plaintiff's counsel's representation that defendants agreed to supplement New England Motor Freight, Inc.'s Request for Production of Documents Numbers 11, 12, 13 and 23. We further dispute that defendants agreed to supplement Andre Hemraj's Request for Production of Documents Numbers 3 and 4, as we have already advised plaintiff that no such documents exist.

We therefore request that the Court include the above to be addressed by Your Honor.

Thank you for your time and attention.

*Defendant to respond to Plaintiff's outstanding motion, with respect to all items that remain in dispute, no later than September 12, 2008. Reply, if any, shall be submitted no later than September 17, 2008.*

Respectfully yours,

Todd C. Rubenstein

TCR/cn

SO ORDERED:   DATE: 8/27/08

DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/08

**MEMO ENDORSED**